JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VETH MAM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF FULLERTON, MICHAEL SELLERS, Chief of Police individually and as a peace officer, KENTON HAMPTON #1337, individually and as a peace officer, FRANK NGUYEN #1307, individually and as a peace officer, JONATHAN W. MILLER #1350, individually and as a peace officer, DANIEL SOLORIO #1086, DOE REYNOSO #UNKNOWN, DOES 1-10,<br><br>　　　　Defendants. | CASE NO. 8:11-CV-01242-JST (MLGx)<br><br>**JUDGMENT** |

On March 12, 2013, pursuant to this Court's Minute Order granting, in part, Defendant Kenton Hampton's Rule 56 Motion this Court granted judgment in favor of Kenton Hampton on plaintiff Veth Mam's claim of false arrest under the Fourth Amendment, conspiracy to violate civil rights, and malicious prosecution pursuant to 42 U.S.C. §1983;

On March 13, 2013, pursuant to this Court's Minute Order granting, in part, Defendants City of Fullerton, Michael Sellers, Frank Nguyen, Jonathan Miller, Daniel Solorio and Ricardo Reynoso's Rule 56 Motion this Court granted judgment in favor of Frank Nguyen, Jonathan Miller, Daniel Solorio and Ricardo Reynoso on plaintiff Veth Mam's claim of false arrest and excessive force under the Fourth Amendment pursuant to 42 U.S.C. §1983;

On March 13, 2013, pursuant to this Court's Minute Order granting, in part, Defendants City of Fullerton, Michael Sellers, Frank Nguyen, Jonathan Miller, Daniel Solorio and Ricardo Reynoso's Rule 56 Motion this Court granted judgment in favor of Daniel Solorio and Ricardo Reynoso on plaintiff Veth Mam's claim of malicious prosecution under the Fourth Amendment pursuant to 42 U.S.C. §1983;

On March 13, 2013, pursuant to this Court's Minute Order granting, in part, Defendants City of Fullerton, Michael Sellers, Frank Nguyen, Jonathan Miller, Daniel Solorio and Ricardo Reynoso's Rule 56 Motion this Court granted judgment in favor of the City of Fullerton and Michael Sellers on plaintiff Veth Mam's claim under *Monell* pursuant to 42 U.S.C. §1983.

Thereafter, on April 22, 2013, on Special Verdict, the jury found in favor of Defendants Frank Nguyen, Jonathan Miller, and Kenton Hampton as follows,

**"Question #1:**

Did Kenton Hampton take action against Veth Mam because Veth Mam was exercising his First Amendment right?

_____ YES         \_\_X\_\_ NO

**Question #2:**

Did Kenton Hampton use excessive force against Veth Mam?

_____ YES         \_\_X\_\_ NO

Case 8:11-cv-01242-JST-MLG   Document 318   Filed 05/07/13   Page 3 of 4   Page ID #:6394

**Question #3:**

Did Frank Nguyen reasonably believe that Veth Mam had jumped on, attempted to choke, or similarly assaulted Jonathan Miller?

\_\_X\_\_ YES       \_\_\_\_ NO

**Question #4:**

Did Jonathan Miller reasonably believe that someone had jumped on, attempted to choke, or similarly assault him?

\_\_X\_\_ YES       \_\_\_\_ NO

**Question #5:**

Was Frank Nguyen and/or Jonathan Miller actively involved in causing Veth Mam to be prosecuted or in causing the continuation of the prosecution?

Frank Nguyen       _____ YES       \_\_X\_\_ NO

Jonathan Miller       _____ YES       \_\_X\_\_ NO"

**PURSUANT TO THIS COURT'S MINUTE ORDER OF MARCH 12, 2013 FINDING IN FAVOR OF KENTON HAMPTON,**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Kenton Hampton shall have judgment entered in his favor on plaintiff Veth Mam's claim of false arrest under the Fourth Amendment, conspiracy to violate civil rights, and malicious prosecution pursuant to 42 U.S.C. §1983; and

**PURSUANT TO THIS COURT'S MINUTE ORDER OF MARCH 13, 2013 FINDING IN FAVOR OF THE CITY OF FULLERTON, MICHAEL SELLERS, FRANK NGUYEN, JONATHAN MILLER, DANIEL SOLORIO, RICARDO REYNOSO,**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants Frank Nguyen, Jonathan Miller, Daniel Solorio, and Ricardo Reynoso, shall have judgment entered in their favor on plaintiff Veth Mam's claim of false arrest and excessive force pursuant to 42 U.S.C. §1983; and

JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants Daniel Solorio and Ricardo Reynoso shall have judgment entered in their favor on plaintiff Veth Mam's claim of malicious prosecution pursuant to 42 U.S.C. §1983; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants the City of Fullerton and Michael Sellers shall have judgment entered in their favor on plaintiff Veth Mam's claim under *Monell* pursuant to 42 U.S.C. §1983; and

**PURSUANT TO THE JURY'S VERDICT OF APRIL 22, 2013 FINDING IN FAVOR OF DEFENDANTS FRANK NGUYEN, JONATHAN MILLER, AND KENTON HAMPTON,**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Frank Nguyen and Jonathan Miller shall have judgment entered in their favor on plaintiff Veth Mam's claim of malicious prosecution pursuant to 42 U.S.C. §1983; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant Kenton Hampton shall have judgment entered in his favor on plaintiff Veth Mam's claim of Violation of Veth Mam's rights under the First Amendment pursuant to 42 U.S.C. §1983 and plaintiff's claim of excessive force under the Fourth Amendment pursuant to 42 U.S.C. §1983; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Veth Mam take nothing and defendants City of Fullerton, Michael Sellers, Frank Nguyen, Jonathan Miller, Daniel Solorio, Ricardo Reynoso and Kenton Hampton shall recover costs of suit.

DATED: May 07, 2013

_____
UNITED STATES DISTRICT JUDGE